AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CARLOS NEGRON

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07CV7408 (WHP)(KNF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

October 24, 2007
Date

*Meghan Cavalieri*
Signature

Meghan Ann Cavalieri | MC 6758
Print Name | Bar Number

100 Church Street
Address

New York, NY 10007
City   State   Zip Code

(212) 788-6405 | (212) 788-9776
Phone Number | Fax Number