UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CARLOS NEGRON,

                                                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
GEORGE REYES AND POLICE OFFICERS JOHN DOE,
Individually and in their official capacities as New York
City Police Officers and Supervisors; CORRECTIONS
OFFICER RICHARD ROE 1-5, Individually and in their
official capacities as New York City Corrections Officers
and Supervisors,

                                             Defendants.

------------------------------------------------------------------------ x

**DISCOVERY PLAN
PURSUANT TO RULE 26(F)**

07 CV 7408 (WHP)(KNF)

Jury Trial Demanded

       Pursuant to the Court's September 26, 2007 order, and prior to the Initial Pre Trial Conference scheduled for February 1, 2008 at 9:45 a.m., the parties have conferred and agreed on the following discovery plan pursuant to Rule 26(f):

       1. Initial Disclosures to be served on or about February 1, 2008.

       2. Interrogatories and requests for production of documents shall be served on or before February 15, 2008.

       3. Except for good cause shown, no additional parties may be joined, no additional causes of action may be asserted after March 14, 2008.

       4. Depositions shall be completed on or before July 18, 2008.

       5. All factual discovery shall be completed on or before August 1, 2008.

       6. If plaintiff seeks to introduce expert testimony in its case-in-chief plaintiff shall identify each expert by name and field of expertise no later than April 25, 2008. If

defendant seeks to introduce expert testimony in its case-in-chief defendant shall identify each expert by name and field of expertise no later than June 6, 2008.

      7. The case shall be referred to Magistrate Judge Kevin Fox for settlement or a settlement conference is to be held on _____.

      8. All expert discovery shall be completed on or before October 1, 2008.

      9. Except for good cause shown, no pre-trial motions shall be filed after October 31, 2008.

      10. A completed joint pre-trial order shall be submitted by _____.

      11. Anticipated duration of trial is approximately 5 days.

Dated:    New York, New York
            January 25, 2008

| | |
|---|---|
| The Bronx Defenders<br>860 Courtland Avenue<br>Bronx, NY 10451<br>Attorneys for Plaintiff<br>Fax: (718) 665-0100 | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendant, City of New York<br>100 Church Street, Room 6-307<br>New York, New York 10007<br>Fax: (212) 788-9776 |
| _____<br>J. McGregor Smyth, Jr., Esq. [JS-9995] | By: _____<br>Meghan A. Cavalieri (MC 6758) |

SO ORDERED:

_____
William Pauley III
United States District Court Judge