```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
CARLOS NEGRON                 :
                              :   07 Civ. 7408 (WHP)
                  Plaintiff,  :
                              :   ORDER FOR INITIAL
         -against-            :   PRETRIAL CONFERENCE
                              :
CITY OF NEW YORK et al.,      :
                              :
                  Defendants. :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

  Counsel having appeared before the Court for an initial pretrial conference on February 1, 2008, the following schedule is established on consent of the parties:

1. Defendant City of New York shall produce documents to aid Plaintiff in identifying Defendant police officers and corrections officers by February 22, 2008;

2. Plaintiff shall file an amended complaint by March 28, 2008

3. The parties shall complete all discovery by July 31, 2008;

4. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 5, 2008; and

5. A final pre-trial conference shall take place on September 19, 2008 at 10:00 a.m.

Dated: February 1, 2008
   New York, New York

            SO ORDERED:

            _____
            WILLIAM H. PAULEY III
            U.S.D.J.

*Counsel of Record:*

J. McGregor Smyth, Jr., Esq.
The Bronx Defenders
860 Courtlandt Ave.
Bronx, NY 10451
718-838-7878
*Counsel for Plaintiff*

Meghan Ann Cavalieri, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*