```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CARLOS NEGRON,

                              Plaintiff,   07 CV 7408 (WHP)(KNF)

      -against-

THE CITY OF NEW YORK, POLICE OFFICER      **STIPULATION AND ORDER**
GEORGE REYES AND POLICE OFFICERS JOHN DOE,    **AMENDING COMPLAINT**
Individually and in their official capacities as New York
City Police Officers and Supervisors; CORRECTIONS
OFFICER RICHARD ROE 1-5, Individually and in their
official capacities as New York City Corrections Officers
and Supervisors,

                              Defendants.

------------------------------------------------------------ x

1. The Complaint in the above-captioned action was filed on August 21, 2007. A proposed Amended Complaint is annexed hereto as Exhibit A.

2. The Complaint identified certain defendants whose identities were unknown as John Does 1-15 and Richard Roes 1-15. The Amended Complaint, *inter alia*, substitutes the true names of John Doe defendants Sgt. Caban and Det. Vazquez, and Richard Roe defendants Capt. Phillips, CO Bridgett Hopkins, Capt. Clifford Adams, and ADW Michael Crews. The identities of other defendants sued as Richard Roe and Jane Doe are not known at this time.

3. It is hereby stipulated by and between that the parties that, pursuant to Fed. R. Civ. P. 15(a), defendants consent to the filing of the Amended Complaint, and plaintiffs be granted leave to file the Amended Complaint, annexed hereto as Exhibit A.

1

4. By consenting to the filing of the amended complaint, defendants do not waive any affirmative defenses.

Dated:    New York, New York
          March 27, 2008

The Bronx Defenders
860 Courtland Avenue
Bronx, NY 10451
Attorneys for Plaintiff
Fax: (718) 665-0100

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendant, City of New York
100 Church Street, Room 6-307
New York, New York 10007
Fax: (212) 788-9776

_____
J. McGregor Smyth, Jr., Esq. [JS-9995]

By: _____
Meghan A. Cavalieri (MC 6758)

SO ORDERED:

_____
William Pauley III
United States District Court Judge

4/4/08