```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARLOS NEGRON,                      :
                                          07 Civ. 7408 (WHP)
                Plaintiff,          :
                                          ORDER
        -against-                   :

CITY OF NEW YORK et al.,            :

                Defendants.         :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated: April 28, 2009
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

-1-

...

*Counsel of Record:*

J. McGregor Smyth, Jr., Esq.
The Bronx Defenders
860 Courtlandt Ave.
Bronx, NY 10451
718-838-7878
*Counsel for Plaintiff*

Meghan Ann Cavalieri, Esq.
NYC Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*